# Exhibit 1

**From:** Stone, Brandon (USAILN)
**To:** rmeczyk@meczyklaw.com
**Cc:** Rothblatt, Richard (USAILN); Bhachu, Amarjeet (USAILN)
**Subject:** RE: [EXTERNAL] Fwd: Travel Itinerary
**Date:** Thursday, September 28, 2023 11:32:00 AM

Thanks for sending, Ralph. I looked at Mr. D'Ambrosio's conditions of release, and it says the following where box 7(f) is checked: "Notify the government and Pretrial Services of any proposed international travel with a full itinerary no less than two weeks before departure." In light of this, a couple things come to mind:

1. What you sent appears to be a round-trip plane ticket from O'Hare to Stockholm, departing today, is that correct? If so, this is a very late notification and I don't believe we will have an answer in time for Mr. D'Ambrosio to make his flight at 4:00 pm.

2. In the government's view, a full itinerary includes where Mr. D'Ambrosio is staying and where else he may be traveling while in Europe. What you have sent is not enough information for the government to come to a position as to whether we would object to Mr. D'Ambrosio's proposed travel.

3. Did you notify Pretrial Services? If so, what was their position?

Thanks,

Brandon D. Stone
Assistant United States Attorney
Northern District of Illinois
219 S. Dearborn St., 5th Floor
Chicago, IL 60604
Office: (312) 697-4073
Cell: (312) 613-9700

---

**From:** rmeczyk@meczyklaw.com <rmeczyk@meczyklaw.com>
**Sent:** Thursday, September 28, 2023 11:17 AM
**To:** Stone, Brandon (USAILN) <BStone@usa.doj.gov>
**Subject:** [EXTERNAL] Fwd: Travel Itinerary


Sent from my iPhone

Begin forwarded message:

> **From:** nikko412@gmail.com
> **Date:** September 28, 2023 at 11:08:15 AM CDT
> **To:** Ralph Meczyk <meczyk@icloud.com>, rmeczyk@meczyklaw.com
> **Subject: Travel Itinerary**
>
> Hi Ralph,
>
> Below is my travel itinerary.
>
> Please let me know if you need any additional information.
>
> Best Regards,
>
> Nikko D'Ambrosio
> Cell: 847-612-5060



Flights

Flight Confirmation #
2XKZ7G

Agency Reference #
MEQIWJ

Departing Flight
1 Ticket(s) | Thu, Sep 28
Cancel your flight reservation online
or call us at 1-855-234-2542

SAS Scandinavian Airlines
SK 946
Sas Go Smart
Economy (U)
Airbus A330-300
**Cancellation fees may apply**

Chicago         8hr 25min →         Stockholm
4:00 PM                              7:25 AM

**ORD**
Thu, Sep 28

Non-stop
Arrives Next Day Arrival

**ARN**
Fri, Sep 29

Additional **Baggage Fees** may apply.

## Returning Flight
1 Ticket(s) | Mon, Oct 16

**SAS Scandinavian Airlines**
**SK 945**
Sas Go Smart
Economy (K)
Airbus A330-300
**Cancellation fees may apply**

Stockholm
**10:20 AM**
**ARN**
Mon, Oct 16

— 9hr →
Non-stop

Chicago
**12:20 PM**
**ORD**
Mon, Oct 16

Additional **Baggage Fees** may apply.

## Passenger Information                              Request a Seat

| Passenger | Flight |
|---|---|
| NIKKO DAMBROSIO | SAS Scandinavian Airlines 946 |
| | SAS Scandinavian Airlines 945 |