# Exhibit 2

| | |
|---|---|
| **From:** | Kathryn Chapman |
| **To:** | Stone, Brandon (USAILN) |
| **Subject:** | 23CR323 Travel Itinerary |
| **Date:** | Friday, September 29, 2023 2:22:17 PM |

Hi Brandon! Nikko provided his travel itinerary. Our office does not supervise him so we will not formally take a position on his travel as we are not monitoring his case. Please let me know if you require anything further from pretrial. Thanks!

**From:** nikko412@gmail.com <nikko412@gmail.com>
**Sent:** Friday, September 29, 2023 2:15 PM
**To:** Kathryn Chapman <Kathryn_Chapman@ilnpt.uscourts.gov>
**Cc:** rmeczyk@meczyklaw.com
**Subject:** TRAVEL INFORMATION

**CAUTION - EXTERNAL:**

Hi Kathryn,

Below is my planned travel dates. I'll will be staying at a hotel called the AT SIX Hotel.

My case number is: **23CR323**

Please let me know if you need any additional information.

Best Regards,

Nikko D'Ambrosio
Cell: 847-612-5060

# DETAILED TRAVEL INFORMATION

### OUTBOUND
4 Oct 2023

Chicago, IL **ORD** – Stockholm **ARN**
16:00 – 07:25 ( 08h 25m)+1
SK 946

[SAS Go Smart](#)

### RETURN
23 Oct 2023

Stockholm **ARN** – Chicago, IL **ORD**
10:20 – 12:20( 09h )
SK 945

[SAS Go Light](#)

### TRAVELERS

| | |
|---|---|
| Adult | [Hide details](#) |
| **Nikko Dambrosio** | **808.05 USD** |
| Ticket price | 239.00 USD |
| Taxes & carrier imposed-fees | 511.05 USD |
| 2 reserved seats | 58.00 USD |

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.