# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                                   Case No.: 1:23−cr−00323
                                                   Honorable Elaine E. Bucklo

Nikko D' Ambrosio

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 11, 2023:

      MINUTE entry before the Honorable Elaine E. Bucklo, as to Nikko D' Ambrosio (1): Motion hearing held on 10/11/2023. Defendant's amended opposed motion to permit travel [24] is granted. Mr. Nikko D'Ambrosio has permission to travel to Scandinavia from October 11, 2023 through October 30, 2023 on the condition that he provide in advance notice of his itinerary and contact information while traveling to his Pretrial Officer. (Double entry of docket no. [29] with missing PDF). Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.