**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: USA v. D'Ambrosio          Case Number: 23CR323

An appearance is hereby filed by the undersigned as attorney for:
Nikko D'Ambrosio

Attorney name (type or print): Christopher T. Grohman

Firm: Benesch Friedlander Coplan & Aronoff LLP

Street address: 71 S. Wacker Drive, Ste. 1600

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6312144          Telephone Number: 312.212.4953
(See item 3 in instructions)

Email Address: cgrohman@beneschlaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.
☒ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you a
   ☐ Federal Defender
   ☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 11-15-2023

Attorney signature: S/ Christopher T. Grohman
(Use electronic signature if the appearance form is filed electronically.)